# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

ERIC COHEN

**WARRANT FOR ARREST**

**M-06-483**

CASE NUMBER:

DEFENDANT.

To: Special Agent Robert Dugan of the Department of Commerce, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __Eric Cohen__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

illegally exporting thermal imaging cameras without the required export license

In violation of Title __50, 50 App.__ United States Code, Section(s) __1701-1705; 2410-20__

| Hon. Ramon E. Reyes, Jr. | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| RER | May 9, 2006, Brooklyn, New York |
| Signature of Iss | Date and Location |

Bail fixed at $ _____ By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |